UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Clyde Edwards, Jr.
Darlene A. Edwards

Case No. 8:03-bk-14037-MGW

_____ Debtor* _____/

## ORDER GRANTING
## MOTION FOR PAYMENT OF UNCLAIMED FUNDS

**THIS CASE** came on for consideration, ex parte, upon the Motion for Payment of Unclaimed Funds filed by Kathleen S. Allen of Citicorp, N.A. Parent Corporation to CitiFinancial. The Court having been advised by the Financial Administrator finds that the sum of $1587.58 has been deposited in the Registry of the Court. The Court will grant the Motion.

Accordingly, it is

**ORDERED** that the Motion for Payment of Unclaimed Funds be and the same hereby is granted. The Clerk of Court for the United States Bankruptcy Court shall pay the unclaimed funds in the total amount of $1587.58 to the order of: Citicorp, N.A. c/o Kathleen S. Allen, 3800 Citigroup Center, G3-4, Tampa, Florida 33610.

**DONE AND ORDERED** on May 19, 2008.

Michael G. Williamson
United States Bankruptcy Judge

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.